Ludwig Kitzendorf, administrator of the estate of Mary Kitzendorf, deceased, defendant in error, v. Phillip Gollner, plaintiff in error. Gen. No. 36,741.

Opinion filed December 29, 1933.

Edward H. Morris, for plaintiff in error. No appearance for defendant in error.

Mr. Justice Gridley delivered the opinion of the court.

Barney Franklin, appellee, v. Samuel Bernstein et al., defendants. Samuel Bernstein, appellant. Gen. No. 37,208.

Opinion filed December 29, 1933.

Bernard J. Brown, for appellant. Johntry & Fitzgerald, for appellee; John H. Johntry, John O'C. Fitzgerald and George F. Ort, of counsel.

Mr. Justice Gridley delivered the opinion of the court.

Max Rodnick, plaintiff in error, v. Harry Tuveson, defendant in error. Gen. No. 36,490.

Opinion filed December 29, 1933.

John A. Bloomingston, for plaintiff in error; Roy S. Gaskill, of counsel. Kirkland, Fleming, Green & Martin, for defendant in error; Weymouth Kirkland, David Jacker and William H. Symmes, of counsel.

Mr. Justice Scanlan delivered the opinion of the court.

Charles E. Graydon for the use of Max Weber, trading as Motor Car Service Company, defendant in error, v. Louis Dinato et al., defendants. Florence M. Danforth and Leon C. Danforth, plaintiffs in error. Gen. No. 36,511.

Opinion filed December 29, 1933.

Cohon & Goldstein, for plaintiffs in error. Harris F. Williams and Robert C. Baumgartner, for defendant in error.

Mr. Justice Scanlan delivered the opinion of the court.